IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL LYNCH, | ) | CASE NO. 4:18-CV-254 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| -v- | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| UNIVERSAL STAINLESS & ALLOY PRODUCTS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COME the parties, by and through their undersigned counsel, and hereby move and stipulate for the within case to be dismissed with prejudice, the parties to bear their own costs and fees.  The Court retains jurisdiction to enforce the parties' Settlement Agreement and Release.

Respectfully submitted,

/s/ *David L. Engler*
David L. Engler (#0030264)
181 Elm Road N.E.
Warren, OH  44483
Telephone:  (330) 729-9777
Facsimile:  (484) 970-1580
davidengler@davidengler.com

Counsel for Plaintiff

/s/ *Barry Y. Freeman*
Barry Y. Freeman (#0062040)
BUCKINGHAM DOOLITTLE &
BURROUGHS LLC
1375 E. 9th Street, Suite 1700
Cleveland, OH  44114
Telephone:  (216) 736.4223
Facsimile:  (216) 615.3023
bfreeman@bdblaw.com

Counsel for Defendant

**IT IS SO ORDERED, INCLUDING THE COURT RETAINING JURISDICTION**

**TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT.**

Dated: September __, 2018          _____
                                                        THE HONORABLE BENITA Y. PEARSON

CL2:482540_v1